IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND JEROME THOMAS,                        No. 2:13-CV-0353-CMK

       Plaintiff,

   vs.                                                          <u>ORDER</u>

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

       Plaintiff, who is proceeding pro se, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.  On March 5, 2013, the court granted plaintiff's request for leave to proceed in forma pauperis.  The court provided plaintiff with instructions for service of the summons and complaint by the United States Marshal without pre-payment of the costs thereof.  Plaintiff, however, appears to have attempted to effect service of process on his own, as evidenced by a purported proof of service filed on March 13, 2013.  Plaintiff is advised that service of process has not been properly effected because he failed to follow the correct procedures (as outlined in the court's March 5, 2013, order).  Plaintiff will be provided an additional opportunity to submit documents for service by

the United States Marshal. Alternatively, plaintiff will be required to re-serve defendant on his own, following the procedures outlined in the court's March 5, 2013, order and, again, below. Plaintiff is cautioned that failure to properly effect service of process, either by way of the United States Marshal or on his own, may result in dismissal of this action. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to re-issue an original summons for this action

2. Within 15 days from the date of this order, plaintiff may submit to the United States Marshal a completed summons and copies of the complaint and file a statement with the court that said documents have been submitted to the United States Marshal;

3. If documents are submitted by plaintiff, the United States Marshal is directed to serve all process without prepayment of costs not later than 60 days from the date of this order, such service of process to be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States in Washington, D.C., pursuant to Federal Rule of Civil Procedure 4(i)(1)(A) & (B);

4. The United States Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545, pursuant to Federal Rule of Civil Procedure 4(i)(2); and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

 5. If plaintiff serves defendant on his own, he shall within 60 days of the date of this order file a return of service showing proper service of process.


 DATED: July 29, 2013

 _____
 **CRAIG M. KELLISON**
 UNITED STATES MAGISTRATE JUDGE