IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND JEROME THOMAS, | No. 2:13-CV-0353-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c).

The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether plaintiff's December 27, 2013, appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3). Having reviewed the entire file, the court concludes that the appeal is not taken in good faith because it is premature. Specifically, while the court heard oral argument on defendant's motion to dismiss on October 30, 2013, plaintiff's notice of appeal was filed before

1

the court issued a final written judgment.

         Accordingly, IT IS HEREBY ORDERED that:

         1.     This appeal is <u>not</u> taken in good faith; and

         2.     The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: January 27, 2014

                                                               **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE